United States District Court
Southern District of Texas
**ENTERED**
August 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN FLEMING, *et al.*, | § |
| Plaintiffs, | § § § |
| VS. | § § CIVIL ACTION NO. 4:23-CV-00075 |
| ALLSTATE TEXAS LLOYDS, | § § § |
| Defendant. | § |

## ORDER OF DISMISSAL

The Court, having reviewed the *Joint Stipulation of Dismissal* submitted by Plaintiffs Kevin & Elizabeth Fleming and Defendant Allstate Texas Lloyds (Dkt. No. 6), and for good cause shown, hereby GRANTS the Joint Stipulation of Dismissal in its entirety.

IT IS, THEREFORE, ORDERED that the above-captioned lawsuit (together with all claims and counterclaims asserted therein by or against any party to this lawsuit) is hereby DISMISSED with prejudice; that no party to the lawsuit shall be taxed any costs or fees in connection with this lawsuit or this order; and that the Clerk of the Court is directed to close this case in due course.

It is so ORDERED.

SIGNED on August 17, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge